IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**VIRGINIA JONES**     **PLAINTIFF**

V.     **NO: 3:22-CV-262**

**JOSEPH WILLIE KINDRICK, JR. and**     **DEFENDANTS**
**MID-SOUTH FARMERS COOPERATIVE**

## ORDER

On March 6, 2023, the parties filed an Agreed Stipulation of Dismissal of Mid-South Farmers Cooperative with Prejudice. (ECF No. 25). All parties agree that Defendant Mid-South Farmers Cooperative ("MSFC") is neither a necessary nor proper party in this case and that Defendant MFSC bears no liability as a matter of law for the claims Plaintiff brings in this case. (*Id.*). The parties request that the Court dismiss Plaintiff's claims against Defendant MFSC with prejudice and dismiss as moot Defendant MFSC's pending motion for summary judgment. (*Id.*). The Court finds the Agreed Stipulation well-taken.

**ACCORDINGLY, IT IS ORDERED**:

1. The claims Plaintiff asserts against Defendant Mid-South Farmers Cooperative in this case are **DISMISSED WITH PREJUDICE**. Defendant Mid-South Farmers Cooperative is **TERMINATED** as a defendant in this case.

2. The Motion for Summary Judgment earlier filed by Defendant Mid-South Farmers Cooperative is **DISMISSED AS MOOT**.

SO ORDERED AND ADJUDGED, this the 20th day of March, 2023.

/s/ 
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI